IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

DONNIE JACKSON,

        Plaintiff,

v.          3:10cv344-WS

SANTA ROSA CORRECTIONAL
INSTITUTION,

        Defendant.

_____

ORDER ADOPTING THE MAGISTRATE JUDGE'S
REPORT AND RECOMMENDATION

Before the court is the magistrate judge's report and recommendation docketed October 21, 2010. See Doc. 9. The magistrate judge recommends that the plaintiff's complaint and this case be dismissed under the "three strikes" provision of 28 U.S.C. § 1915(g). The plaintiff has filed objections (doc. 10) to the magistrate judge's report and recommendation.

This court having considered the record in light of the plaintiff's objections, it is ORDERED:

1. The magistrate judge's report and recommendation (doc. 9) is hereby ADOPTED and incorporated by reference into this order.

2. The plaintiff's motion to proceed in forma pauperis (doc. 8) is DENIED.

3. The plaintiff's complaint and this action are DISMISSED WITHOUT

PREJUDICE under the "three strikes" provision of 28 U.S.C. § 1915(g).

4.  The clerk shall enter judgment accordingly.

DONE AND ORDERED this   10th   day of   November  , 2010.


                                                s/ William Stafford
                                                WILLIAM STAFFORD
                                                SENIOR UNITED STATES DISTRICT JUDGE